UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OSCAR FERNANDO RAMOS GUINAC,
Petitioner,
v.
WARDEN, Otay Mesa Detention Center,
Respondent.

Case No.: 3:26-cv-5863-CAB-DEB

**ORDER SUMMARILY DISMISSING PETITION**

Petitioner Oscar Fernando Ramos Guinac has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] Upon review, the Court notes that Petitioner has another pending habeas petition assigned to this Court that is still in the briefing period. *See* Case. No. 26-cv-5304-CAB-DEB.

///
///
///
///
///
///
///

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Therefore, the Court **DISMISSES** the Petition **WITHOUT PREJUDICE**.

It is **SO ORDERED**.

Dated: October 16, 2026

Hon. Cathy Ann Bencivengo
United States District Judge